No. 60303.—Mamiye Bros. v. United States, protest 262982–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of United States v. The Specialty House, Inc., Bryant & Heffernan, Inc., et al. (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

No. 60304.—Manko Fabrics Co., Inc., and J. J. Gavin & Co., Inc. v. United States, protest 290128–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves similar in all material respects to those the subject of United States v. The Specialty House, Inc., Bryant & Heffernan, Inc., et al. (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

No. 60305.—Grossman & Weissman, Inc., et al. v. United States, protests 215534–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of hand-embroidered articles, not wearing apparel, in part of machine-made lace, similar in all material respects to those the subject of Abstract 59733, the claim of the plaintiffs was sustained.